IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EMBARQ FLORIDA, INC.
d/b/a CenturyLink,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

       Petitioner,

CASE NO. 1D15-4506

v.

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES and
LINZIE F. BOGAN, in his official
capacity as administrative law judge
for the Florida Division of
Administrative Hearings,

       Respondents.

_____/

Opinion filed October 7, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Michael J. Glazer and Kevin Forsthoefel of Ausley McMullen, Tallahassee, for Petitioner.

Jason Gonzalez and Daniel Nordby of Shutts & Bowen LLP, Tallahassee; Joseph M. Goldstein of Shutts & Bowen LLP, Fort Lauderdale; Susan Dawson, Assistant General Counsel, Department of Management Services, Tallahassee; Robert H. Hosay, for Respondents.

PER CURIAM.

      DENIED.

THOMAS, BILBREY, and WINOKUR, JJ., CONCUR.